**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

Central District of California
_(State)_

Case number _(if known):_ _____ Chapter 11

☐ Check if this is an
amended filing

## Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy   04/20

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known).  For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | |
|---|---|
| 1. **Debtor's name** | Smarter Building Technologies Alliance, Inc. |
| 2. **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names, and *doing business as* names | DBA: Glued Solutions / SBT Alliance / SBT |
| 3. **Debtor's federal Employer Identification Number** (EIN) | 46-5022450 |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 6700  E. Pacific Coast Hwy<br>Number    Street | <br>Number      Street |
| Suite 235 | <br>P.O. Box |
| Long Beach    CA    90803<br>City          State    ZIP Code | <br>City          State    ZIP Code |
| | **Location of principal assets, if different from principal place of business** |
| Los Angeles County<br>County | <br>Number      Street |
| | <br> |
| | <br>City          State    ZIP Code |

5. **Debtor's website** (URL)   https://sbt-alliance.com/

| Debtor | Smarter Building Technologies Alliance, Inc. | Case number *(if known)*_____ |
|---|---|---|
| | Name | |

**6.  Type of debtor**

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding  LLP)

☐ Other. Specify: _____

**7.  Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☑ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .

4234 ___ ___ ___

**8.  Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

☑ Chapter 11. *Check **all** that apply:*

   ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

   ☑ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

   ☐ A plan is being filed with this petition.

   ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

   ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

   ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

Debtor  <u>Smarter Building Technologies Alliance, Inc.</u>                    Case number (if known) _____
          Name

---

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☒ No

☐ Yes.  District _____  When _____  Case number _____
                                        MM / DD / YYYY

              District _____  When _____  Case number _____
                                        MM / DD / YYYY

---

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☐ No

☒ Yes.  Debtor  **See Appendix 1** _____  Relationship _____

              District _____  When _____
                                                        MM / DD / YYYY

              Case number, if known _____

---

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** *(Check all that apply.)*

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

   What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
                          Number    Street

                          _____

                          _____
                          City                    State ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

       Contact name _____

       Phone _____

---

**▮ Statistical and administrative information**

---

Debtor   Smarter Building Technologies Alliance, Inc.          Case number (if known) _____
_____
Name

**13. Debtor's estimation of available funds**

Check one:

☑ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5,001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☑ 200-999 | | |

**15. Estimated assets**

| | | |
|---|---|---|
| ☐ $0-$50,000 | ☑ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0-$50,000 | ☑ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

## Request for Relief, Declaration, and Signatures

**WARNING** — Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   10  / 29 /2021
MM  / DD / YYYY

✗ _Benjamin Buchanan_               Benjamin Buchanan
Signature of authorized representative of debtor       Printed name

Title  Chief Executive Officer

| Debtor | Smarter Building Technologies Alliance, Inc. | Case number *(if known)* _____ |
|---|---|---|
| | Name | |

**18. Signature of attorney**

✖ /s/ Eric Goldberg, Esq.
_____
Signature of attorney for debtor

Date  10 / 29 / 2021
MM   / DD / YYYY

Eric Goldberg
_____
Printed name

DLA Piper LLP (US)
_____
Firm name

2000      Avenue of the Stars, Suite 400, North Tower
_____
Number      Street

Los Angeles                    CA      90067-4704
_____
City                    State      ZIP Code

(310) 595-3000              eric.goldberg@us.dlapiper.com
_____
Contact phone              Email address

157544              CA
_____
Bar number              State

## APPENDIX 1

**Pending Bankruptcy Cases Filed by the Debtor and Affiliates of the Debtor**

On the date hereof, each of the following entities, including the Debtor in this chapter 11 case, filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code in the United States Bankruptcy Court for the Central District of California:

| Debtor | Tax ID# |
|---|---|
| Smarter Building Technologies Alliance, Inc. | 46-5022450 |
| Integrated Advanced Controls, LLC | N/A |
| Direct Discount Lighting, LLC | N/A |

1  Eric Goldberg (Bar No. 157544)
   Jonathan Serrano (Bar No. 333225)
2  **DLA PIPER LLP (US)**
   2000 Avenue of the Stars
3  Suite 400, North Tower
   Los Angeles, California 90067-4704
4  Tel: 310.595.3000
   Fax: 310.595.3300
5

6

7  W. Benjamin Winger (*pro hac vice* admission pending)
   **DLA Piper LLP (US)**
8  444 West Lake Street
   Suite 900
9  Chicago, Illinois 60606-0089
   Tel: 312.368.4000
10 Fax: 312.236.7516

11 Proposed Attorneys for Debtor
   Smarter Building Technologies Alliance, Inc., et al.
12

13

14

15

16                    UNITED STATES BANKRUPTCY COURT

17                   CENTRAL DISTRICT OF CALIFORNIA
                     WESTERN DIVISION AT LOS ANGELES
18

19
   Smarter Building Technologies            Case No.
20 Alliance, Inc., et al.,
                                            **AFFIDAVIT REGARDING
21                    Debtors.              SUBCHAPTER V PETITION
                                            ATTACHMENTS**
22

23
   ─────────────────────────────────

24      The undersigned makes the following statement under penalty of

25 perjury:

26      1.    In accordance with 11 U.S.C. § 1116(1)(B), the undersigned

27 confirms that no statement of operations has been prepared, and,

28
                                   -1-
   Case No.
   WEST\296449756.1

1  accordingly, has not been filed as an attachment to the voluntary

2  petition of Smarter Building Technologies Alliance, Inc.

3      2.    In accordance with 11 U.S.C. § 1116(1)(B), the undersigned

4  confirms that no balance sheet, statement of operations, or cash flow

5  statement has been prepared, and no federal tax return has been filed

6  for Integrated Advanced Control, LLC or Direct Discount Lighting,

7  LLC.    Accordingly, such documents have not been attached to the

8  voluntary petitions of such Debtors.

9

10

11

12                    Benjamin Buchanan
                     Chief Executive Officer
13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-2-
Case No.

**OMNIBUS UNANIMOUS WRITTEN CONSENT
OF THE BOARD OF DIRECTORS OF
SMARTER BUILDING TECHNOLOGIES ALLIANCE, INC. ON BEHALF OF ITSELF
AND ITS WHOLLY-OWNED SUBSIDIARIES**

October 29, 2021

The board of directors (the "Board") of Smarter Building Technologies Alliance, Inc., a Nevada corporation (the "Company"), hereby takes the following actions and adopts, approves, and consents to the following resolutions (these "Resolutions") by written consent as of the date hereof:

**WHEREAS**, the Board has reviewed and considered the financial and operational condition of the Company and certain of its affiliates (each, a "Subsidiary" and collectively, the "Subsidiaries" and together with the Company, each an "Entity" and collectively, the "Entities"), and the Entities' business on the date hereof, including the assets of the Entities and current and long-term liabilities of the Entities, and the recommendations of the Entities' legal, financial, and restructuring advisors as to the relative risks and benefits of pursuing a bankruptcy proceeding under the provisions of chapter 11 of title 11 of the United States Code (the "Bankruptcy Code");

**WHEREAS**, the Board has determined that it is in the best interests of the Entities and the Entities' stakeholders, creditors, and other interested parties to commence cases under the provisions of subchapter 5 of chapter 11 of the Bankruptcy Code;

**WHEREAS**, the Board wishes to approve and authorize the taking of actions and execution of documents in connection with the foregoing.

**NOW, THEREFORE, BE IT:**

**RESOLVED**, in the business judgment of the Board, it is desirable and in the best interests of the Company and its Subsidiaries, the creditors of the Company, and other interested parties of the Company, that a voluntary petition (each, a "Petition" and collectively, the "Petitions") be filed by the Company for each of the Entities with the United States Bankruptcy Court for the Central District of California (the "Bankruptcy Court") under the provisions of subchapter 5 of chapter 11 of the Bankruptcy Code; and it is further

**RESOLVED**, the officers of the Company (each, an "Authorized Person" and collectively, the "Authorized Persons") be, and each of them, acting alone or in any combination, hereby is, .authorized, directed, and empowered, on behalf of and in the name of the Company and its Subsidiaries (i) to execute and verify each Petition and all documents ancillary thereto, and to cause each Petition to be filed with the Bankruptcy Court commencing a case (each, a "Bankruptcy Case" and collectively, the "Bankruptcy Cases"), and to make or cause to be made prior to the execution thereof any modifications to the Petitions or ancillary documents, and (ii) to execute, verify, and file or cause to be filed all other petitions, schedules, lists, motions, applications, declarations, affidavits, and other papers or documents necessary, appropriate, or desirable in connection with the foregoing; and it is further;

**RESOLVED**, the law firm of DLA Piper LLP (US) be, and hereby is, authorized and empowered to represent the Entities as bankruptcy counsel on the terms set forth in its engagement letter with the Company, which is hereby ratified and approved, and to represent and assist the Entities in carrying out their duties under the Bankruptcy Code, and to take any and all actions to advance the Entities' rights, including, without limitation, the preparation of certain documents to be filed contemporaneously with the Petitions or during the Bankruptcy Cases; and it is further

**RESOLVED**, Rock Creek Advisors, LLC be, and hereby is, authorized and empowered to serve as the financial advisor to represent and assist the Entities in carrying out their duties under the Bankruptcy Code, and to take any and all actions to advance the Entities' rights and obligations in connection with the Bankruptcy Cases; and it is further

**RESOLVED**, the Authorized Persons be, and each of them, acting alone or in any combination thereof, hereby is, authorized and empowered, on behalf of and in the name of the Entities, to obtain the use of cash collateral, if any, on terms they deem necessary or desirable, and to enter into any guarantees and to pledge and grant liens on their assets as may be contemplated by or required under the terms of such Bankruptcy Court-approved cash collateral agreements, and in connection therewith, the Authorized Persons are hereby authorized and directed to execute the appropriate loan agreements, cash collateral agreements, and related ancillary documents, as applicable; and it is further

**RESOLVED**, the Authorized Persons be, and each of them, acting alone or in any combination, hereby is, authorized, directed, and empowered, on behalf of and in the name of the Entities, to secure the payment and performance of any Bankruptcy Court-approved postpetition financing that they deem necessary or desirable by (i)(a) pledging or granting liens or mortgages on, or security interests in, all or any portion of the Company's assets, and (b) causing its Subsidiaries to pledge or grant liens or mortgages or security interests in, all or any portion of such Subsidiary's assets, whether now owned or hereafter acquired, and (ii) entering into or causing to be entered into, including, without limitation, causing its subsidiaries to enter into such credit agreements, guarantees, other debt instruments, security agreements, pledge agreements, control agreements, inter-creditor agreements, mortgages, deeds of trust, and other agreements as are necessary, appropriate, or desirable to effectuate the intent of, or matters reasonably contemplated or implied by, this resolution in such form, covering such collateral and having such other terms and conditions as are approved or deemed necessary, appropriate, or desirable by the Authorized Persons executing the same, the execution thereof by such Authorized Persons to be conclusive evidence of such approval or determination; and it is further

**RESOLVED**, the Authorized Persons be, and each of them, acting alone or in any combination, hereby is, authorized, directed, empowered, on behalf of and in the name of the Entities, to perform the obligations of the Entities as debtors-in-possession under the Bankruptcy Code, with all such actions to be performed in such manner, and all such certificates, instruments, guarantees, notices, and documents to be executed and delivered in such form, as the Authorized Persons performing or executing the same shall approve, and the performance or execution thereof by such Authorized Persons shall be conclusive evidence of the approval thereof by such Authorized Persons and by the Entities; and it is further

**RESOLVED**, the Authorized Persons be, and each of them, acting alone or in any combination is, hereby authorized, directed, and empowered, in the name of and on behalf of the Entities, to cause the Entities to enter into, execute, deliver, certify, file, record, and perform under such agreements, instruments, motions, affidavits, applications for approval, or rulings of governmental or regulatory authorities, certificates or other documents, to pay all expenses, including filing fees, and to take such other actions as in the judgment of the Authorized Persons, shall be necessary, proper, and desirable to prosecute a successful completion of the Bankruptcy Cases and to effectuate the restructuring or liquidation of the Entities' debts, other obligations, organizational form, and structure and ownership of the Entities, all consistent with the foregoing resolutions and to carry out and put into effect the purposes of which the foregoing resolutions, and the transactions contemplated by these resolutions, their authority thereunto to be evidenced by the taking of such actions; and it is further

**RESOLVED**, the Company's and its Subsidiaries' and each and any of their subsidiaries' execution of any and all documents in connection with the foregoing be, and hereby is, consented to, approved and ratified; and it is further

**RESOLVED**, the Authorized Persons be, and each of them, acting alone or in any combination, hereby is, authorized, directed, and empowered, on behalf of and in the name of the Company, as the controlling person of each of its Subsidiaries, to take all actions, and execute such further documents, as may be necessary or desirable, on behalf of each Subsidiary set forth in these Resolutions, including, without limitation, a written consent by the Company, approving the foregoing, and any actions,

**RESOLVED**, all of the acts and transactions relating to matters contemplated by the foregoing resolutions, which acts and transactions would have been authorized and approved by the foregoing resolutions, which acts and transactions would have been authorized and approved by the foregoing resolutions except that such acts and transactions were taken prior to the adoption of these resolutions, be, and they hereby are, in all respects confirmed, approved, and ratified; and it is further

**RESOLVED**, facsimile or photostatic copies of signatures to these Resolutions shall be deemed to be originals and may be relied on to the same extent as the originals.

[*Signature Pages Follow*]

**IT WITNESS WHEREOF**, the undersigned, being the Board of the Company, hereby executes these Resolutions effective as of the date first written above.

**SMARTER BUILDING TECHNOLOGIES ALLIANCE, INC.**

*/s/ Benjamin Buchanan*
By:  Benjamin Buchanan
Its:  Director

*/s/ Shane Acernese*
By:  Shane Acernese
Its:  Director

*/s/ Rich Hanlon*
By:  Rich Hanlon
Its:  Director

*/s/ Tony Garcia*
By:  Tony Garcia
Its:  Director

*Derek Proudian*
By:  Derek Proudian
Its:  Director

[Signature Page to Resolutions]

**INTEGRATED ADVANCED CONTROLS, LLC**

*/s/ Benjamin Buchanan*
By:  Benjamin Buchanan, Authorized Person for
Smarter Building Technologies, Inc.
Its:  Managing Member

[Signature Page to Resolutions]

**DIRECT DISCOUNT LIGHTING, LLC**

*/s/ Benjamin Buchanan*
By:  Benjamin Buchanan, Authorized Person for
Smarter Building Technologies, Inc.
Its:  Managing Member

## STATEMENT OF RELATED CASES
## INFORMATION REQUIRED BY LBR 1015-2
## UNITED STATES BANKRUPTCY COURT, CENTRAL DISTRICT OF CALIFORNIA

1.  A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, his/her spouse, his or her current or former domestic partner, an affiliate of the debtor, any copartnership or joint venture of which debtor is or formerly was a general or limited partner, or member, or any corporation of which the debtor is a director, officer, or person in control, as follows: (Set forth the complete number and title of each prior proceeding, date filed, nature thereof, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof.  If none, so indicate.  Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

    Integrated Advanced Controls, LLC - Filed contemporaneously herewith
    Direct Discount Lighting, LLC - Filed contemporaneously herewith

2.  (If petitioner is a partnership or joint venture) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor or an affiliate of the debtor, or a general partner in the debtor, a relative of the general partner, general partner of, or person in control of the debtor, partnership in which the debtor is a general partner, general partner of the debtor, or person in control of the debtor as follows:  (Set forth the complete number and title of each such prior proceeding, date filed, nature of the proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

3.  (If petitioner is a corporation)  A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, or any of its affiliates or subsidiaries, a director of the debtor, an officer of the debtor, a person in control of the debtor, a partnership in which the debtor is general partner, a general partner of the debtor, a relative of the general partner, director, officer, or person in control of the debtor, or any persons, firms or corporations owning 20% or more of its voting stock as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate.  Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

4.  (If petitioner is an individual) A petition under the Bankruptcy Reform Act of 1978, including amendments thereof, has been filed by or against the debtor within the last 180 days:  (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate.  Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

I declare, under penalty of perjury, that the foregoing is true and correct.

Executed at _Long Beach_ , California

Date: _10/29/2021_

_____
Signature of Debtor 1

_____
Signature of Debtor 2

_____
Signature of Debtor 3

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Eric Goldberg (Bar No. 157544)<br>DLA Piper LLP (US)<br>2000 Avenue of the Stars<br>Suite 400, North Tower<br>Los Angeles, California 90067-4704<br>Tel: 310.595.3000<br>Fax: 310.595.3300<br><br>☒ *Attorney for:* Smarter Building Technology Alliance, Inc. | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION**

| In re:<br>Smarter Building Technologies Alliance, Inc.<br><br><br>Debtor(s). | CASE NO.:<br>ADVERSARY NO.:<br>CHAPTER: 11 |
|---|---|
| <br><br><br>Plaintiff(s), | **CORPORATE OWNERSHIP STATEMENT PURSUANT TO FRBP 1007(a)(1) and 7007.1, and LBR 1007-4** |
| <br>Defendant(s). | [No hearing] |

*Pursuant to FRBP 1007(a)(1) and 7007.1, and LBR 1007-4, any corporation, other than a governmental unit, that is a debtor in a voluntary case or a party to an adversary proceeding or a contested matter shall file this Statement identifying all its parent corporations and listing any publicly held company, other than a governmental unit, that directly or indirectly own 10% or more of any class of the corporation's equity interest, or state that there are no entities to report.  This Corporate Ownership Statement must be filed with the initial pleading filed by a corporate entity in a case or adversary proceeding.  A supplemental statement must promptly be filed upon any change in circumstances that renders this Corporate Ownership Statement inaccurate.*

I, *(Printed name of attorney or declarant)* Benjamin Buchanan                              , the undersigned in the above-captioned case, hereby declare under penalty of perjury under the laws of the United States that the following is true and correct:

This form is optional.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2012*                    Page 1                    **F 1007-4.CORP.OWNERSHIP.STMT**

**[Check the appropriate boxes and, if applicable, provide the required information.]**

1.  I have personal knowledge of the matters set forth in this Statement because:

    ☒ I am the president or other officer or an authorized agent of the Debtor corporation

    ☐ I am a party to an adversary proceeding

    ☐ I am a party to a contested matter

    ☐ I am the attorney for the Debtor corporation

2.a.  ☒ The following entities, other than the Debtor or a governmental unit, directly or indirectly own 10% or more of any class of the corporation's(s') equity interests:

    Benjamin Buchanan  - 25%
    Tony Garcia - 25%
    Shane Acernese - 25%

    [For additional names, attach an addendum to this form.]

  b.  ☐ There are no entities that directly or indirectly own 10% or more of any class of the corporation's equity interest.

Date:  October 29, 2021        By: _____
                                  Signature of Debtor, or attorney for Debtor

                                Name:  Benjamin Buchanan
                                      Printed name of Debtor, or attorney for Debtor

This form is optional.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

F 1007-4 CORP OWNERSHIP STMT

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
</table>

Debtor Name: <u>Smarter Building Technologies Alliance, Inc., et al.</u>

United States Bankruptcy Court for the: <u>Central District of California</u>

Case number (if known): _____

☐ Check if this is an amended filing

<u>Official Form 204</u>

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders (Consolidated)          12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider,* as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateralvalue places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditorcontact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim. If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1. | Current Powered by GE / Daintree Networks Inc. | 111 N. Market Street, Suite 648, San Jose, CA 95113 (617) 306-9289 [john.irvine@gecurrent.com] | Trade | C, U, D | N/A | N/A | $472,000.00 |
| 2. | Billd Exchange, LLC | 2700 W Anderson Ln, #206, Austin, TX 78757 (512) 270-4805 [nick.gargiulo@billd.com] | Trade | C, U | N/A | N/A | $950,857.67 |
| 3. | Bank of America / PPP Loan | Bank of America Corporate Center 100 North Tryon Street Charlotte, NC 28255 (888) 387-4637 | Bank Loan | C, U | N/A | N/A | $315,000.00 |
| 4. | Bank of America | Bank of America Corporate Center 100 North Tryon Street Charlotte, NC 28255 (888) 387-4637 | Credit Card | C, U | N/A | N/A | $68,662.62 |
| 5. | Legacy West Ventures Inc. | 1502 Decatur Way, Rocklin, CA 95765 (916) 757-5517 | Trade / Professional Services | C, U | N/A | N/A | $32,610.00 |
| 6. | MacAusian Networks | 375 Redondo Ave, PMB 348 Long Beach, CA 90814 [info@macauslannetworks.com] | Trade | C, U | N/A | N/A | $32,610.00 |

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditorcontact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 7. Sanity Check Incorp | 1720 S. Bellaire Street Suite 550 Denver, CO 80222 (720) 570-1668 | Trade | C, U | N/A | N/A | $32,610.00 |
| 8. Argus Solutions | 1421 Cottage Street SW Vienna, VA 22180 [e.allain99@gmail.com] | Trade | C, U | N/A | N/A | $28,539.50 |
| 9. Moonlight Wireless LLC | 5758 Hwy 89 Evanston, WY 82930 | Trade | C, U | N/A | N/A | $21,750.00 |
| 10. Value Rock | 17744 Sky Park Circle Suite 100 Irvine, CA 92614 (949) 798-8100 [rcalderon@essexrealty.com] | Landlord | C, U | N/A | N/A | $9,266.70 |
| 11. Avi-on Labs | 2750 Rasmussen Rd, Suite L-10 Park City, UT 84098 (877) 284-6687 [eric@avi-on.com] | Trade | C, U | N/A | N/A | $4,741.24 |
| 12. PCH Property Management Inc. | 8436 Auburn Blvd, Citrus Heights, CA 95610 (916) 676-2787 [james@pchpm.com] | Trade | C, U | N/A | N/A | $4,000.00 |
| 13. Enlighted | 3979 Freedom Circle, Suite 210 Santa Clara, CA 95054 (650) 964-1094 [karyn.nguyen@enlightedinc.com] | Trade | C, U | N/A | N/A | $3,562.87 |
| 14. Curtis Stout | 2400 Cantrell Road Suite 100 Little Rock, AR 72202 (501) 372-2555 | Trade | C, U | N/A | N/A | $2,360.13 |

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditorcontact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 15. Agilitech IT | 5215 Ponderosa Way, Ste. D, Las Vegas, NV 89118 (702) 720-1700 [david@agilitec.com] | Trade | C, U | N/A | N/A | $1,598.00 |
| 16. Deco Lighting | 2917 Vail Avenue Commerce, CA 90040 (310) 366-6866 [sam@get-deco.com] | Trade | C, U | N/A | N/A | $1,434.30 |
| 17. Uline | 12575 Uline Drive Pleasant Prairie, WI 53158 (800) 295-5510 [customer.service@uline.com] | Trade | C, U | N/A | N/A | $1,112.52 |
| 18. Turtle & Hughes | 1900 Lower Road Linden, NJ 07036 (732) 574-3600 [sovy.sy@turtle.com] | Trade | C, U | N/A | N/A | $275.09 |
| 19. Space Border Logistics | 9560 Joe Rodriguez, El Paso, TX 79927-2146 (915) 859-1561 | Trade | C, U | N/A | N/A | $185.55 |

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Eric Goldberg (Bar No. 157544)<br>DLA Piper LLP (US)<br>2000 Avenue of the Stars<br>Suite 400, North Tower<br>Los Angeles, California 90067-4704<br>Tel: 310.595.3000<br>Fax: 310.595.3300<br><br>☐ Debtor(s) appearing without attorney<br>☒ Attorney for Debtor | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - \*\*SELECT DIVISION\*\***

| In re:<br>Smarter Building Technologies Alliance, Inc., et al., | CASE NO.:<br>CHAPTER: 11 |
|---|---|
| | **VERIFICATION OF MASTER MAILING LIST OF CREDITORS**<br><br>**[LBR 1007-1(a)]** |
| Debtor(s). | |

Pursuant to LBR 1007-1(a), the Debtor, or the Debtor's attorney if applicable, certifies under penalty of perjury that the master mailing list of creditors filed in this bankruptcy case, consisting of __3__ sheet(s) is complete, correct, and consistent with the Debtor's schedules and I/we assume all responsibility for errors and omissions.

Date: __10/29/2021__

*Bergin Buchera*
Signature of Debtor 1

Date: __10/29/2021__

_____
Signature of Debtor 2 (joint debtor) (if applicable)

Date: __10/29/2021__

_____
Signature of Debtor 3 (joint debtor) (if applicable)

Date: _____

_____
Signature of Attorney for Debtors (if applicable)

This form is optional.  It has been approved for use in the United States Bankruptcy Court for the Central District of California

# CREDITOR MATRIX

Current Powered by GE
111 N. Market Street
Suite 648
San Jose, CA 95113

Bank of America
100 North Tryon Street
Charlotte, NC  28255

American Express
200 Vesey Street
New York, NY 10285

Billd Exchange LLC
2700 W. Anderson Lane
No. 206
Austin, TX 78757

Legacy West Ventures Inc.
1502 Decatur Way
Rocklin, CA 95765

MacAuslan Networks
375 Redondo Avenue
PMB 348
Long Beach, CA  90814

Sanity Check Incorp
1720 S. Bellaire Street
Suite 550
Denver, CO  80222

Argus Solutions
1421 Cottage Street SW
Vienna, VA  22180

Moonlight Wireless LLC
5788 Highway 89
Evanston, WY  82930

Value Rock
17744 Sky Park Circile
Suite 100
Irvine, CA  92614

Avi-on Labs
2750 Rasmussen Road
Suite L-10
Park City, UT 84098

PCH Property Management Inc.
8436 Auburn Blvd
Citrus Heights, CA  95610

Enlighted
3979 Freedom Circle
Suite 210
Santa Clara, CA  95054

Curtis Stouts
2400 Cantrell Road
Suite 100
Little Rock, AR  72202

Agilitech IT
5215 Ponderosa Way
Suite D
Las Vegas, NV 89118

Deco Lighting
2917 Vail Avenue
Commerce, CA  90040

Uline
12575 Uline Drive
Pleasant Prairie, WI  53158

Turtle & Hughes
1900 Lower Road
Linden, NJ  07036

Space Border Logistics
9560 Joe Rodriguez
El Paso, TX  79927-2146

AssuredPartners of Nevada
375 E. Warm Springs Road
Suite 201
Las Vegas, NV  89119


First Insurance Funding
450 Skokie Boulevard
Suite 1000
Northbrook, IIL  60062-7917

CRC Group
17901 Von Karman Avenue
Suite 850
Irvine, CA  92614

Small Business Administration
409 Third Street, SW
Washington, D.C.  20024