Eric Goldberg (Bar No. 157544)
Jonathan Serrano (Bar No. 333225)
**DLA PIPER LLP (US)**
2000 Avenue of the Stars, Suite 400, North Tower
Los Angeles, California 90067-4704
Tel: 310.595.3000
Fax: 310.595.3300
Email: eric.goldberg@us.dlapiper.com
       jonathan.serrano@us.dlapiper.com

W. Benjamin Winger (*pro hac vice* admission pending)
**DLA Piper LLP (US)**
444 West Lake Street, Suite 900
Chicago, Illinois 60606-0089
Tel: 312.368.4000
Fax: 312.236.7516
Email: benjamin.winger@us.dlapiper.com

Matthew S. Sarna (*pro hac vice* admission pending)
**DLA PIPER LLP (US)**
1201 North Market Street, Suite 2100
Wilmington, Delaware 19801
Tel: 302.468.5700
Fax: 302.394.2341
Email: matthew.sarna@us.dlapiper.com

Proposed Attorneys for Debtors

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION

| | |
|---|---|
| Smarter Building Technologies Alliance, Inc., *et al.*,[1]<br><br>             Debtors.<br><br>Tax I.D. No.: 46-5022450 | Case No. 21-18337-BR<br><br>Chapter 11 (Subchapter V)<br><br>(Joint Administration Requested with Cases 21-18338-BR & 21-18339-BR)<br><br>**DECLARATION OF BENJAMIN BUCHANAN, THE DEBTORS' CHIEF EXECUTIVE OFFICER, IN SUPPORT OF CERTAIN FIRST DAY PLEADINGS** |

---

[1] The Debtors in these chapter 11 cases are: Smarter Building Technologies Alliance, Inc.; Integrated Advanced Controls, LLC; and Direct Discount Lighting, LLC. The corporate headquarters and the mailing address for the debtors is 6700 E. Pacific Coast Hwy, Suite 235, Long Beach, CA 90803.

WEST\296570958.1

1

2  I, Benjamin Buchanan, hereby declare and state as follows:

3  1.  I am the Chief Executive Officer of Smarter Building Technologies Alliance, Inc. ("SBT") and the authorized representative of Integrated Advanced Controls, LLC ("IAC") and Direct Discount Lighting, LLC ("DDL" and together with SBT and IAC, the "Debtors") in the above-captioned chapter 11 subchapter V cases (the "Bankruptcy Cases").  I have served as Chief Executive Officer of SBT since its inception in 2018.  I additionally serve as a member of the board of directors of SBT and own 25% of the voting stock in SBT.

2.  On October 29, 2021 (the "Petition Date"), each of the Debtors filed a voluntary petition (collectively, the "Petitions") with the United States Bankruptcy Court for the Central District of California (the "Court") for relief under chapter 11 subchapter V of title 11 of the United States Code (the "Bankruptcy Code").  The Debtors are also contemporaneously herewith filing certain administrative motions (collectively, the "First Day Administrative Motions"), as described below.  I am submitting this declaration on behalf of the Debtors in support of the First Day Administrative Motions.

3.  Except as otherwise indicated, all facts set forth in this declaration are based upon my personal knowledge, my discussions with members of the Debtors' management team, advisors, and service providers, my review of relevant documents and information concerning the Debtors' operations, financing affairs, and restructuring initiatives, or my opinions based upon my experience and knowledge.  If called upon to testify, I could and would testify competently to the facts set forth in this declaration.

**FIRST DAY MOTIONS**

4.  Contemporaneously herewith, the Debtors are filing certain First Day Administrative Motions seeking orders granting forms of relief intended to facilitate the efficient administration of these Bankruptcy Cases.  I believe that the relief requested in the First Day Administrative Motions is appropriately tailored and necessary to the success of the Bankruptcy Cases.

WEST\296570958.1

5.      The First Day Administrative Motions include a Joint Administration Motion and a Schedules Extension Motion.  Subsequently, the Debtors may also file certain operational first day motions, including, but not limited to, a Utilities Motion, an Insurance Motion, a Cash Management Motion, and a Wage Motion.  In support of such operational motions, as well as the Petitions themselves, the Debtors may file a supplemental declaration.

6.      I have consulted with the Debtors' advisors regarding the First Day Administrative Motions, and I have reviewed and understand the relief requested in each motion.  To the best of my knowledge and belief, the factual statements contained in each of the First Day Motions are true and accurate, and each such factual statement is incorporated in this declaration by reference.  Specifically, I believe that joint administration of the Bankruptcy Cases is important to streamlining these Bankruptcy Cases, as opposed to having pleadings filed on three separate dockets, which may also prejudice creditors and other parties in interest seeking information about the Debtors and the progress of these Bankruptcy Cases.  Further, as discussed in the Schedules Extension Motion, in consultation with the Debtors' advisors, the Debtors are working diligently on a number of parallel work streams in order to ensure a smooth operational transition into these Bankruptcy Cases and effectuate a potential strategic transaction.  Accordingly, affording the Debtors an additional 14-days to file their schedules of assets and liabilities and statement of financial affairs in necessary under the circumstances.

7.      At bottom, I believe the relief requested in each of the First Day Motions is necessary, in the best interests of the Debtors, their estates and creditors, and all parties in interest, and will avoid disruption to the business and preserve value during these Bankruptcy Cases.

8.      Accordingly, for the reasons set forth in this declaration and in the First Day Motions, this Court should grant the requested relief.

[*Remainder of Page Intentionally Left Blank*]

9. Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my information and belief.

Dated: November 1, 2021
Los Angeles, California

*/s/ Benjamin Buchanan*
Benjamin Buchanan
Chief Executive Officer

WEST\296570958.1