

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**LOS ANGELES DIVISION**

| | |
|---|---|
| In re:<br><br>SMARTER BUILDING TECHNOLOGIES ALLIANCE, INC.,<br><br>Debtor(s). | Case No.: 2:21-bk-18337-BR<br><br>Chapter 11 (SubChapter V)<br><br>**ORDER DENYING, WITHOUT PREJUDICE, THE "MOTION OF THE DEBTORS FOR ENTRY OF AN ORDER AUTHORIZING JOINT ADMINISTRATION OF CASES"** |

This matter is before the Court on the "Motion Of The Debtors For Entry Of An Order Authorizing Joint Administration Of Cases" ("Motion") filed on November 2, 2021 (Docket No. 13).

The Court has reviewed the Motion. No good cause having been shown, the Motion is **DENIED**, without prejudice.

**IT IS SO ORDERED.**

Date: November 3, 2021

_____
Barry Russell
United States Bankruptcy Judge

-1-